SMITH G. WILLCOX, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Willcox* v. *Erie R. R. Co.*, 162 App. Div. 94, appeal dismissed.
(Argued March 21, 1917; decided March 27, 1917.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 2, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant. The plaintiff was in charge of a car of cattle which he had shipped from Chicago, Ill., consigned to himself at Pine Island, N. Y., and which was attached to the train in the caboose of which the plaintiff was riding. At Kent, O., the train pulled apart causing the the train to stop with a jerk which threw the plaintiff against the desk in the caboose causing the injuries complained of. The defense was that plaintiff had signed a release of liability which was a valid and enforceable provision of the defendant's classification which had been duly filed with the interstate commerce commission in accordance with Federal law; that the plaintiff was a free passenger upon the defendant's train at the time of his alleged injury, and that under the Federal law the release is enforceable.

*William C. Cannon* and *Frederic B. Jennings* for appellant.

*John M. Harrington* and *John S. Wise, Jr.,* for respondent.

Appeal dismissed on argument; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and ANDREWS, JJ. Not sitting: MCLAUGHLIN, J.